

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2022

No. 04-22-00062-CR

Ricardo **ARREOLA**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 20-05-0097-CRA
Honorable Walden Shelton, Judge Presiding

# O R D E R

Sitting:    Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

Appellant's brief was due on March 11, 2022. On April 18, 2022, after no brief or motion for extension of time to file the brief was filed, we ordered Appellant to file the brief or a motion to dismiss by April 25, 2022. We warned Appellant that if he did not comply with our order, we would abate this appeal and remand the cause to the trial court for an abandonment hearing. To date, Appellant has not filed the brief or a motion for extension of time to file the brief.

We ABATE this appeal and REMAND the cause to the trial court. *See* Tex. R. App. P. 38.8(b); *Samaniego v. State*, 952 S.W.2d 50, 52–53 (Tex. App.—San Antonio 1997, no pet.). We ORDER the trial court to conduct a hearing in compliance with Rule 38.8(b) to answer the following questions:

(1)    Does Appellant desire to prosecute his appeal?

(2)    Is Appellant indigent?

(3)    If not indigent, has retained counsel abandoned the appeal?

*See* TEX. R. APP. P. 38.8(b).

The trial court is further ORDERED to file supplemental clerk's and reporter's records in this court, not later than THIRTY DAYS from the date of this order, which shall include the following: (1) a transcription of the hearing and copies of any documentary evidence admitted, (2) written findings of fact and conclusions of law, and (3) recommendations addressing the above enumerated questions. *See id.* This court will consider the supplemental records in its determination as to whether to proceed without briefs. *See id.* R. 38.8(b); *Samaniego v. State*, 952 S.W.2d at 53.

All other appellate deadlines are SUSPENDED pending further order of this court.


_____
Patricia O. Alvarez, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2022.

_____
Michael A. Cruz,
Clerk of Court